Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:    (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
COUNTY OF CALAVERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARISSA COLLINS,<br><br>              Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS,<br><br>              Defendant. | Case No.  2:06-CV-02292-MCE-DAD<br><br>**STIPULATION FOR CHANGE OF VENUE TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION** |

1.     It is hereby stipulated and agreed by and between Plaintiff LARISSA COLLINS and Defendant COUNTY OF CALAVERAS (collectively, the "Parties"), through their respective counsel of record, that the action be transferred from The United States District Court for the Eastern District of California, Sacramento Division, to The United States District Court for the Eastern District of California, Fresno Division, pursuant to Eastern District Local Rule 3-120(d), Plaintiff bearing the fees and costs of transfer.

/ / /

/ / /

/ / /

/ / /

/ / /

2.  Parties also tipulate that Defendant COUNTY OF CALAVERAS shall have 20 days after notice of transfer to the United States District Court for the Eastern District of California, Fresno Division, to enter an appearance or otherwise respond to the Complaint on behalf of Defendant COUNTY OF CALAVERAS.

Dated: November 20, 2006            By:   /s/ Jesse S. Ortiz, III
                                          Jesse S. Ortiz, III
                                          Attorneys for Plaintiff
                                          LARISSA COLLINS


Dated: November 30, 2006            McCORMICK, BARSTOW, SHEPPARD,
                                    WAYTE & CARRUTH LLP


                                    By:   /s/ Michael G. Woods
                                          Michael G. Woods
                                          Attorneys for Defendant
                                          COUNTY OF CALAVERAS

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION FOR CHANGE OF VENUE TO U.S. DISTRICT COURT, EASTERN DISTRICT, FRESNO DIVISION

Michael G. Woods, # 058683-0
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant
COUNTY OF CALAVERAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| LARISSA COLLINS,,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF CALAVERAS,<br><br>  Defendant. | Case No.  2:06-CV-02292-MCE-DAD<br><br>**ORDER ON STIPULATION FOR CHANGE OF VENUE TO U.S. DISTRICT COURT, EASTERN DISTRICT** |

Upon reviewing the Stipulation for Change of Venue entered into by and between Plaintiff LARISSA COLLINS and Defendant COUNTY OF CALAVERAS, through their respective counsel, and good cause appearing therefore, it is hereby ORDERED as follows:

1.  This matter shall be transferred from The United States District Court, Eastern District of California, Sacramento Division, to The United States District Court, Eastern District of California, Fresno Division, pursuant to Local Rule 3-120(d).

2.  Plaintiff shall pay all fees and costs of transfer and shall promptly notify defendant when the matter has been effectively transferred to The United States District Court Eastern District of California, Fresno Division.

3.  Defendant COUNTY OF CALAVERAS shall have 20 days after notice of transfer to the United States District Court, Eastern District of California, Fresno Division, to enter an

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION FOR CHANGE OF VENUE TO U.S. DISTRICT COURT, EASTERN DISTRICT, FRESNO DIVISION

1  appearance or otherwise respond to the Complaint on behalf of Defendant COUNTY OF
2  CALAVERAS.
3  Dated: December 6, 2006

   _____
   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE